OPINION — AG — ** CHURCH BUS ** UNDER PRESENT OKLAHOMA (1973) LAW, IF A CHURCH PURCHASES A USED SCHOOL BUS TO TRANSPORT CHILDREN TO AND FROM CHURCH ACTIVITIES, THE BUS BE PAINTED A COLOR OTHER THAN NATIONAL GLOSSY YELLOW AND HAVE THE LOADING LIGHTS REMOVED. (CONDITIONS, COLOR, MODIFICATIONS) CITE: 47 O.S. 12-102 [47-12-102] (TRANSPORTATION, VEHICLE) (DANIEL J. GAMINO)